IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS MEDELLIN, BENIGNO AGUILAR, ELIAZAR OCHOA, and RODOLFO OLIVARES, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-1232 |
| EXPRESS PAYROLL, INC.; ROBERT WAYNE HUTTO d/b/a/ A&W SERVICES; NABORS CORPORATE SERVICES, INC. and NABORS INDUSTRIES, INC., | § § § § § | |
| Defendants. | § | |

**ORDER RESETTING INITIAL CONFERENCE**

The plaintiffs in this case have not yet moved for collective action certification. On November 17, 2017 at 2:30 p.m., argument on the motion for collective action certification will be held in the related case, *Calderon v. Nabors Drilling Technologies USA Inc.* et al., 4:14-cv-00710. Because the cases potentially overlap, the initial conference for this case is reset for **November 17, 2017** at **2:30 p.m.** The plaintiffs in this case must file their motion for collective action certification and issuance of notice by **October 27, 2017**. The defendants must respond by **November 13, 2017**. On November 17, 2017, the parties may argue the motions and discuss the relationship of this case to *Calderon*.

SIGNED on October 6, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge

1